IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALICIA M. HALTERMAN, | * | |
| Plaintiff, | * | |
| v. | * | 1:15-CV-00102 |
| NEW YORK LIFE INSURANCE COMPANY, | * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is Plaintiff's motion to dismiss with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 15.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA